UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **OREN DEAN DIPIERRO** <br> B.O.P. # 10234-023 | * CIVIL ACTION NO. 2:15-cv-1628 <br> * SECTION P |
| v. | * JUDGE MINALDI |
| **B. CLAY** | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the petitioner's Objections (Rec. Doc. 9), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner failed to fully exhaust administrative remedies prior to filing suit.

Lake Charles, Louisiana, this 8 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE